■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES COOPER, Appellant. [697 NYS2d 523] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered March 31, 1998, convicting him of attempted murder in the second degree, assault in the first degree, criminal possession of a weapon in the third degree (two counts), and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied a fair trial due to comments made by the prosecutor during summation is without merit. Krausman, J. P., McGinity, Feuerstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DWIGHT, Appellant. [697 NYS2d 525] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Orgera, J.), rendered April 16, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly concluded that the prosecutor supplied race-neutral explanations for his peremptory challenge of a certain black juror (*see, People v Richie,* 217 AD2d 84, 89). The defendant thereafter failed to sustain his burden of demonstrating that the explanations provided were merely pretextual (*see, People v Payne,* 88 NY2d 172, 181; *People v Rivers,* 255 AD2d 463; *People v Lassic,* 254 AD2d 303; *People v Richie, supra*).

The defendant's remaining contentions are without merit (*see, People v Pavao,* 59 NY2d 282, 292; *People v McKay,* 260 AD2d 408; *People v Callistro,* 259 AD2d 625). Thompson, J. P., Joy, McGinity and Feuerstein, JJ., concur.